

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA           :
                                            INDICTMENT
     v.                            :
                                            07 CRIM. 842
ALEX LICEA and                     :
CARLOS CESPEDES,
     a/k/a "Anthony Salteras,"     :

          Defendants.              :

- - - - - - - - - - - - - - - - - - - -x
```

## COUNT ONE

The Grand Jury charges:

1.  From in or about December 2006, up to and including in or about July 2007, in the Southern District of New York and elsewhere, ALEX LICEA and CARLOS CESPEDES, a/k/a "Anthony Salteras," the defendants, and others known and unknown, unlawfully, willfully, and knowingly did combine, conspire, confederate, and agree together and with each other to commit offenses against the United States, to wit, to violate Title 18, United States Code, Section 1029(a)(5).

2.  It was a part and an object of the conspiracy that ALEX LICEA and CARLOS CESPEDES, a/k/a "Anthony Salteras," the defendants, and others known and unknown, unlawfully, willfully, and knowingly, and with intent to defraud, in an offense affecting interstate and foreign commerce, did effect transactions with one and more access devices issued to another person and persons, to receive payment and other things of value during a one-year period the aggregate value of which is equal to

```
Form No. USA-33s-274 (Ed. 9-25-58)
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

ALEX LICEA and
CARLOS CESPEDES,
a/k/a "Anthony Salteras,"

Defendants.

### INDICTMENT

07 Cr.

(18 U.S.C. §§ 371 and 1029(a)(5).)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

_____ Foreperson.

*Case assigned to J. Pauley*

9/6/07