# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*

Southern District of New York
John J. Byrnes
Attorney-in-Charge

December 5, 2007

<u>VIA FAX (212) 805-6390</u>

Honorable William H. Pauley III
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 2210
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12-12-07

Re:   <u>United States v. Alex Licea</u>
      07 Cr. 842 (WHP)

Dear Judge Pauley:

    <u>I request an adjournment of the above captioned case until December 20th</u> or any date thereafter consistent with the Court's calendar. This case was originally scheduled for December 5th and then moved to December 6th.

    I will be engaged in a trial before Honorable Sidney H. Stein starting on December 10th which should be concluded within that week. I have spoken to Assistant United States Attorney Kenneth A. Polite, Jr. who has no objection to this request. The parties are engaging in plea discussions which hopefully will dispose of this case.

    <u>I consent to a speedy trial exclusion under 18 U.S.C. 3561(h)(8)(A) in that such continuance serves the ends of justice and outweighs the best interest of the defendant and the public in a speedy trial.</u>

Respectfully submitted,

John J. Byrnes
Attorney-in-Charge
Tel.:(212) 417-8735

JJB/ef

cc:   Kenneth A. Polite, Jr.
      Assistant United States Attorney

Application Granted. Conference adjourned to 12-20-07 at 2:00 p.m.

SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.
12-5-07

TOTAL P.001