# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*

Southern District of New York
John J. Byrnes
*Attorney-in-Charge*





May 13, 2007

**VIA FAX (212) 805-6390**

Honorable William H. Pauley III
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 2210
New York, New York 10007

Re:  **United States v. Alex Licea**
     **07 Cr. 842 (WHP)**

Dear Judge Pauley:

I request an adjournment of the sentencing hearing presently scheduled for May 16, 2008 for approximately one month. I have spoken to Assistant United States Attorney Kenneth Polite who has no objection to this request. Mr. Polite is presently engaged in a trial that will end the first week of June. Mr. Licea is presently out on bond and has honored all his bail conditions.

I request this adjournment so that I can submit information to the Court to assist the Court at the sentencing hearing. My submission may necessitate a response from the government.

Respectfully submitted,

John J. Byrnes
Attorney-in-Charge
Tel.: (212) 417-8735

JJB/ef

cc:  Kenneth A. Polite, Jr.
     Assistant United States Attorney

APPLICATION GRANTED. THE SENTENCING IS ADJOURNED TO 6-24-08 AT 2:30 P.M.

SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.
5-14-08

TOTAL P.002