# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*

Southern District of New York
John J. Byrnes
*Attorney-in-Charge*



June 19, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-23-08

<u>Via Fax (212) 805-6390</u>

Honorable William H. Pauley III
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 2210
New York, New York 10007

**MEMO ENDORSED**

Re:   <u>United States v. Alex Licea</u>
      07 Cr. 842 (WHP)

Dear Judge Pauley:

I request an adjournment of the sentencing hearing on the above captioned case for approximately two weeks at the convenience of the Court. I have some scheduling issues next week and I understand from your Chambers that the sentence may have been adjourned in any event. I conferred with Assistant United States Attorney Kenneth Polite who has no objection to this request.

Respectfully submitted,

John J. Byrnes
Attorney-in-Charge
Tel:(212) 417-8735

JJB/kj

cc:   Kenneth A. Polite, Jr.
      Assistant United States Attorney

*Application granted, the sentencing is adjourned to July 14, 2008 at 5:00 p.m.*
SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.
6-20-08

TOTAL P.001