**Federal Defenders**
**OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

RECEIVED JUL 29 2008 CHAMBERS OF JUDGE ROBERT P. PATTERSON

Leonard F. Joy
Executive Director

Southern District of New York
John J. Byrnes
Attorney-in-Charge

July 29, 2008

<u>Via Fax (212) 805-7917</u>

Honorable Robert P. Patterson
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 2550
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/4/08

Re: <u>United States v. Alex Licea</u>
    07 Cr. 842 (RPP)

**MEMO ENDORSED**

Dear Judge Patterson:

After speaking to your chambers, I request that the Court schedule a conference on a violation of supervised release on the above captioned case. I request that the Court schedule the case for August 6, 2008 at 2:00 p.m. I have spoken to Senior United States Probation Officer Ronald Kutney who advised me that the Court issued a warrant on this case on July 22, 2008. Mr. Licea is presently incarcerated at the Metropolitan Correctional Center (MCC) serving a 24 month sentence imposed by United States District Judge William H. Pauley III. Mr. Licea's inmate number is #54982-054.

Respectfully yours,

John J. Byrnes
Attorney-in-Charge
Tel.:(212) 417-8735

JJB/kj

Honorable Robert P. Patterson               July 29, 2008
United States District Judge                Page 2
Southern District of New York

Re:   **United States v. Alex Licea**
      07 Cr. 842 (RPP)


cc:   Ronald Kutney
      Senior United States Probation Officer
      United States Probation Department
      500 Pearl Street
      New York, NY 10007

      Kenneth A. Polite, Jr., Esq.
      Assistant United States Attorney
      Southern District of New York
      One St. Andrews Plaza
      New York, NY 10007

      Alex Licea
      Reg. No. 54982-054
      Metropolitan Correctional Center
      150 Park Row
      New York, NY 10007